# Court of Appeals
# of the State of Georgia

ATLANTA,  June 23, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1947. TRAVION TERRELL HALL v. THE STATE.**

In 2016, Travion Terrell Hall pled guilty to possession of a telecommunications device by an inmate, interference with government property, escape, and crossing the guard lines with drugs.[1] In 2019, Hall filed a "Motion to Set Aside-Vacate for Lack of Jurisdiction." The trial court dismissed the motion, and Hall filed this appeal.

A post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed. See *Williams v. State*, 287 Ga. 192, 194 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Accordingly, Hall's appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/23/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Hall filed a motion to withdraw his plea, which the trial court denied. We affirmed that ruling in an unpublished opinion. See *Hall v. State*, Case No. A18A0239, decided Feb. 8, 2018.